CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 03 2008
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DARYLL KEITH SHUMAKE, ) | |
| Plaintiff, ) | Civil Action No. 7:08cv00398 |
| ) | |
| v. ) | MEMORANDUM OPINION |
| ) | |
| WALLENS RIDGE STATE PRISON, et al., ) | By: Samuel G. Wilson |
| Defendant. ) | United States District Judge |

Plaintiff Daryll Keith Shumake, a Virginia inmate proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983. Shumake has also requested to proceed in forma pauperis.

According to court records, Shumake has filed at least three actions in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim.[1] Therefore, Shumake may not proceed with this action unless he either pays the $350.00 filing fee or shows that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

As Shumake has neither prepaid the filing fee nor demonstrated that he is "under imminent danger of serious physical injury,"[2] the court dismisses his complaint without prejudice.

The Clerk is directed to send a certified copy of this Memorandum Opinion and the accompanying Order to the plaintiff.

ENTER: This 3rd day of July, 2008.

United States District Judge

---

[1] See Shumake v. Hampton Roads Regional Jail, et al., Civil Action No. 1:00cv00367 (E.D. Va. Mar. 13, 2000) (dismissed for failure to state a claim upon which relief may be granted); Shumake v. Dickerson, et al., Civil Action No. 1:00cv00540 (E.D. Va. Apr. 6, 2000) (dismissed for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1)); Shumake v. Hampton Roads Regional Jail, et al., Civil Action No. 1:00cv00783 (E.D. Va. May 15, 2000) (dismissed for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1)); Shumake v. Wallens Ridge State Prison, Civil Action No. 7:05cv00708 (W.D. Va. Nov. 29, 2005) (dismissed for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1)); Shumake v. Harvey, et al., Civil Action No. 7:05cv00802 (W.D. Va. Jan. 9, 2006) (dismissed for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1)); Shumake v. Ben Secours Maryview Medical Center, et al., Civil Action No. 1:07cv00027 (E.D. Va. Mar. 28, 2007) (dismissed for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1)).

[2] Shumake alleges that he is disabled and that the defendants have failed to hire him a "live-in [] aide for daily activities," such as laundry and carrying meal trays. The court finds that Shumake's allegations fail to demonstrate that he is under imminent danger of serious physical harm.